Peter D. Nussbaum, SBN 49682
Eileen B. Goldsmith, SBN 218029
Anne Arkush, SBN 254985
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
E-mail: pnussbaum@altshulerberzon.com
E-mail: egoldsmith@altshulerberzon.com
E-mail: aarkush@altshulerberzon.com

Attorneys for Respondent
SHEET METAL WORKERS' INTERNATIONAL
ASSOCIATION, LOCAL UNION No. 104

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIV 15 TECH, Inc.,<br><br>　　Petitioner/Counterclaim Respondent,<br><br>vs.<br><br>SHEET METAL WORKERS' INTERNATIONAL ASSOCIATION, LOCAL 104,<br><br>　　Respondent/Counterclaimant. | Case No.: 10-05309 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING CASE MANAGEMENT SCHEDULING** |

WHEREAS This Court's initial scheduling order in this case sets March 4, 2011 as the last day for the parties to file a Rule 26(f) report, complete their initial disclosures, and file a case management statement; and March 11, 2011 as the date for an initial case management conference; and accordingly, pursuant to the local rules and Federal Rules of Civil Procedure, February 18, 2011 is the last day for the parties to file an ADR certification or stipulate as to ADR and to meet and confer regarding initial disclosures pursuant to Fed. R. Civ. P. Rule 26;

WHEREAS Respondent/Counterclaimant Sheet Metal Workers' International Association, Local Union No. 104, has filed a motion for judgment on the pleadings which is set to be heard by the Court on March 4, 2011 at 9:00 a.m.;

WHEREAS no prior extensions of time have been requested in this case;

WHEREAS the remaining schedule in this case will not be affected by the requested changes to the dates set in the initial scheduling order, because no further deadlines have been scheduled yet;

The parties hereby stipulate as follows:

1. The parties jointly request the changes to the schedule set forth herein, subject to the Court's approval.

2. The last day for the parties to file an ADR certification or stipulate as to ADR, and to meet and confer regarding initial disclosures pursuant to Fed. R. Civ. P. Rule 26, shall be continued to March 18, 2011.

3. The last day for the parties to file a Rule 26(f) report, complete initial disclosures or state objection in Rule 26(f) Report and file a case management statement, shall be continued to April 1, 2011.

4. The case management conference presently scheduled for March 11, 2011 shall be continued to April 8, 2011 at 1:30 p.m.

STIPULATION AND [PROPOSED] ORDER       1       Case No. 10-5309 JSW

| | | |
|---|---|---|
| Dated: February 17, 2011 | | ALTSHULER BERZON LLP |

By: _____/s/_____
            Eileen B. Goldsmith

Attorneys for Sheet Metal Workers' International Association, Local Union No. 104


Dated: February __, 2011                    SIMPSON, GARRITY, INNES & JACUZZI


By: _____
        Jamie Rudman

Attorneys for Div 15 Tech, Inc.


[PROPOSED] ORDER

For good cause appearing, IT IS SO ORDERED.

Dated: February 18, 2011

_____
Hon. Jeffrey White
United States District Judge

---