**FILED**

FEB 23 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DIV 15 TECH,

        Plaintiff,

    v.

SHEET METAL WORKERS'
INTERNATIONAL ASSOCIATION, LOCAL
104,

        Defendant.

_____/

No. C 10-05309 JSW
No. C 10-05312 JSW

**ORDER VACATING HEARING
ON MOTIONS FOR JUDGMENT
ON THE PLEADINGS**

        Pursuant to Civil Local Rule 7-1(b), the Court finds that the motions for judgment on the pleadings in these related matters which have been noticed for hearing on Friday, March 4, 2011 at 9:00 a.m., are appropriate for decision without oral argument. Accordingly, the hearing date is hereby VACATED. The motions will be taken under submission and decided on the papers.

        **IT IS SO ORDERED.**

Dated: February 23, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California