**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIV 15 TECH,<br><br>        Petitioner/Counterdefendant,<br><br>   v.<br><br>SHEET METAL WORKERS' INTERNATIONAL ASSOCIATION, LOCAL 104,<br><br>        Respondent/Counterclaimant.<br>_____/ | No. C 10-05309 JSW<br>No. C 10-05312 JSW<br><br>**ORDER REFERRING MOTION FOR ATTORNEYS' FEES TO MAGISTRATE JUDGE FOR REPORT AND RECOMMENDATION** |

Pursuant to Local Rule 72-1, Sheet Metal Workers' International Association, Local 104 motion's for attorneys' fees and costs is HEREBY REFERRED to a randomly assigned magistrate judge to prepare a report and recommendation. The hearing date noticed for Friday, May 27, 2011 is HEREBY VACATED.

**IT IS SO ORDERED.**

Dated: March 29, 2011

*Jeffrey S White*
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Susan Imbriani