PAUL V. SIMPSON, BAR NO. 83878
JAMIE RUDMAN, BAR NO. 166727
SIMPSON, GARRITY, INNES & JACUZZI
Professional Corporation
601 Gateway Boulevard, Suite 950
South San Francisco, CA  94080
Telephone:  (650) 615-4860
Fax:  (650) 615-4861

Attorneys for Petitioner
DIV 15 Tech

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DIV 15 TECH<br><br>Petitioner/Counterdefendant<br><br>v.<br><br><br>SHEET METAL WORKERS' INTERNATIONAL ASSOCIATION, LOCAL 104<br><br><br>Respondent/Counterclaimant | **Case Nos.: 10-cv-05309; 10-cv-05312 JSW(NJV)**<br><br>**STIPULATION AND [PROPOSED] ORDER RE: HEARING DATE FOR SHEET METAL WORKERS' INTERNATIONAL ASSOCIATION, LOCAL UNION NO. 104'S MOTION FOR ATTORNEYS' FEES AND EXPENSES**<br><br>DATE: July 14, 2011<br>TIME:   8:30 a.m.<br>DEPT.: Magistrate Judge Vadas<br>           Courtroom 14<br>           San Francisco Federal Courthouse<br>           450 Golden Gate Avenue<br>           San Francisco, CA 94102 |

WHEREAS, on May 23, 2011, Magistrate Judge Nandor J. Vadas continued Respondent/Counterclaimant Sheet Metal Workers' International Association, Local Union No. 104's Motion for Attorneys' Fees and Expenses from June 3, 2011 to June 14, 2011;

WHEREAS Jamie Rudman of Simpson, Garrity, Innes & Jacuzzi, counsel for Petitioner/Counterdefendant DIV 15 Tech will be on a previously-scheduled trip outside of the United States on June 14, 2011;

WHEREAS, Magistrate Judge Vadas' chambers has advised the parties that he is available to hear this motion on July 14, 2011 at 8:30 a.m.;

The Parties hereby stipulate as follows:

1. The Parties jointly request that the Court continue the hearing on Respondent/Counterclaimant Sheet Metal Workers' International Association, Local Union No. 104's Motion for Attorneys' Fees and Expenses from June 14, 2011 to July 14, 2011 at 8:30 a.m. in Courtroom 14.

Date: May 25, 2011              SIMPSON, GARRITY, INNES & JACUZZI
                                Professional Corporation

                                By: ____/s/_____
                                    JAMIE RUDMAN
                                Attorneys for Petitioner/Counterdefendant
                                DIV 15 Tech

Date: May 25, 2011              ALTSHULER BERZON LLP

                                By: ____/s/_____
                                    Eileen Goldsmith
                                Attorneys for Respondent/Counterclaimant
                                SHEET METAL WORKERS' INTERNATIONAL
                                ASSOCIATION, LOCAL UNION NO. 104

**[PROPOSED] ORDER**

For good cause appearing, IT IS SO ORDERED.

Dated: May 25, 2011             _____
                                Hon. Nandor J. Vadas
                                United States Magistrate Judge