IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DIV 15 TECH,

    Plaintiff,

v.

SHEET METAL WORKERS' INTERNATIONAL ASSOCIATION, LOCAL 104,

    Defendant.

No. C 10-05309 JSW
No. C 10-05312 JSW

**ORDER GRANTING LEAVE TO FILE MOTION FOR RECONSIDERATION**

Now before the Court is Respondent's motion for leave to file a motion for reconsideration of the Court's ruling dated August 25, 2011 adopting the Magistrate's report and recommendation re attorneys' fees and reducing award. Respondent claims that it should have been permitted to respond to Petitioner's objections before the Court ruled on the report and reduced the award. *See* N.D. Civ. L.R. 72-2. Accordingly, Respondent's motion for leave to file a motion for reconsideration is GRANTED. Respondent shall file its motion justifying the amount charged by no later than September 9, 2011; an opposition to the motion for reconsideration shall be due no later than September 23, 2011; a reply brief, if any, shall be filed no later than September 30, 2011.

    **IT IS SO ORDERED.**

Dated: September 1, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE